**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KYU HWA BACK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>           Plaintiff,<br><br>      vs.<br><br>TEMPLE PETROLEUM INC. D/B/A SOCAL GAS; DOES 1 to 10,<br><br>           Defendants. | **Case No.: 2:20-cv-04758 RGK (AFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

  **PLEASE TAKE NOTICE** that KYU HWA BACK

("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

> (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
>
>         and any applicable federal statute, the plaintiff may dismiss an action
>
>         without a court order by filing:
>
>         (i)    A notice of dismissal before the opposing party serves either an
>
>                answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1    None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2    summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3    Court.

4

5    DATED:  August 17, 2020          SO. CAL. EQUAL ACCESS GROUP

6

7                                              By:    */s/   Jason J. Kim*

8                                                     Jason J. Kim, Esq.
                                                      Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**